a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LANE CARTER,                              CIVIL ACTION NO. 1:18-CV-0068-P
Plaintiff

VERSUS                                    JUDGE DEE D. DRELL

JACQUE DERR, ET AL.,                      MAGISTRATE JUDGE PEREZ-MONTES
Defendants

## ORDER OF TRANSFER

Before the Court is the civil rights complaint (42 U.S.C. § 1983) of pro se Plaintiff Lane Carter ("Carter"). Carter has been granted leave to proceed *in forma pauperis*. (Doc. 7). Cater is a pretrial detainee at the Jackson Parish Correctional Center ("JPCC") in Jonesboro, Louisiana. Carter complains that he was denied adequate medical care at the Winn Parish Jail and at JPCC. He seeks damages and injunctive relief.

Pursuant to 28 U.S.C. § 1404(a), a district court may, for the convenience of parties and witnesses and in the interest of justice, transfer any civil action to any other district or division where it might have been brought. The majority of Carter's claims involve the conditions of his confinement and medical care received at JPCC. Additionally, Carter seeks injunctive relief in the form of medical care and mental health treatment at JPCC, which is located within the Monroe Division of this District Court.

Accordingly, **IT IS ORDERED** that Plaintiff's case be and is hereby **TRANSFERRED** to the Monroe Division of the Western District of Louisiana.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this  12th

day of March, 2018.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge