RECEIVED

MAY 16 2018

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Lane Carter

vs.

Jacque Derr, Et Al

Civil Action No: 18-0068

Section P

Descriptions of violations by Defendants

- Sheriff Jordan: refusal to authorize any medical treatment for injuries sustained while in his custody; informing court officials that I was receiving medical treatment, which is untrue, and effectively stopping me from getting my own medical treatment

- Judge Jacque Derr: refusal to allow medical bond reduction for me to seek medical treatment for injuries sustained while in custody for state charges after District Attorney approved it, basing decision on Sheriff Jordans report of medical treatment, which was false. Also feel he acted with bias in preliminary hearing after he and the court were informed of civil suit naming him as a defendant. Court also changed plea offer made to me after being informed of civil suit in a way thats worse for me.

Dese. (cont)

- Winn Parish Jail/Winn Parish Police Jury/ Allen Michael McCartney, President of Winn Parish Police Jury: Negligence concerning maintenance of the jail at the Winn Parish Courthouse leading to initial accident causing injuries. Failure to have same jail updated with any assistance for injured/handicapped inmates.

- Jackson Parish Correctional Center/LaSalle Corrections/ Jackson Parish Sheriff Andy Brown, Operator of Jackson Parish Correctional Center/Timothy Ducote, Warden of Jackson Parish Correctional Center: Lack of proper medical care for injuries sustained at Winn Parish Jail. Medical care negligence leading to further injuries from falling at JPCC. Lack of proper handicap housing and transportation. Cruelty (mental) and mental torment from staff at JPCC. Refusal to initiate treatment from Dr's, including treatment for a possible life threatening condition. Mental anguish stemming from humiliation, immasculation, etc... from employees. Failure to provide medical apparatus ordered by doctor. Failure to respond to grievances filed.

Places/Dates
- This situation has been ongoing since August 20, 2017, and I'm unsure if the court wants a place and date for every occurence, or just the two major falls, leading to all my other claims. I'll list both of those dates, and also inform the court that I've kept a daily journal since August 20, 2017 detailing my time in custody, with several entries each day. This journal details my daily condition, medication schedule, falls, employee interactions, etc... Due to the size of the journal in contrast to what the facility allows us to have, I send my journal home via mail for safe keeping. If the court would like to see this journal in its entirety I can have it mailed in or delivered in person by a member of my family, I need only word from the court to make this happen.

August 20th 2017 approx 5pm ⇒ fell at Winn Parish jail
October 27, 2017 approx 8pm ⇒ fell in shower at JPCC
* dates of E/R and hospital visits further in this report.
* I'm unsure if I need to report dates of bond reduction refusals or other district court action

(3) Desc. of injury
- See medical reports I've included for injury info. My descriptions are later in this report as well

Lane Carter

vs.

Jacque Derr, Et Al

Civil Action No: 18-0068
Section P

Reply to Amendment Request from Court

Answering #1. Abstention

Charges Pending
  * Distribution of CDS: Sch. II (2 counts)
  * Theft (Felony)

Current Status
  * Still pending after plea offered by State worsened for me after my public defender informed court of civil suit against officers of court and parish.
  * Still detained for these charges on $150,000 + $10,000 bonds, leaving me unable to post bond on such a high amount versus my income, although I pose no risk for a bond reduction. Have asked for 3 bond reductions since initial arrest, all for medical purposes stemming from injuries sustained while incarcerated. The judge, under advisement of sheriff (Derr and Jordan), denied the first two and I'm awaiting his decision on the third request.

Abstention (cont.)

* Requested that public defender file motion for recusal in January in writing; was informed in April he had not done so, leading to me requesting help from this court. I was unaware I had to request it through the judge I'm asking recused. Public defender informed me in April of this and told me I had to file for the recusal, although I thought he should as my counsel. By the time this court receives this I will have figured out how to file a motion for recusal, hopefully, and submitted it to the 8th judicial court

* At one time, District Attorney agreed to a medical O/R release to let me seek treatment, but the judge went against the District Attorneys decision.

Lane Carter                    Civil Action No: 18-0068
VS.                            Section P
Jacque Derr, Et Al

Reply to Amendment Request from Court

Answering #2. Sheriff Jordan

Sheriff Jordan delayed initial medical attention after I fell in the Winn Parish Jail, the fall being a result of negligence with building maintenance, a shower floor in particular. I was told to lay completely still, while barely dressed and wrapped in a wet shower curtain, on the concrete floor where I fell until Sheriff Jordan decided if I could have or needed medical attention, although I dont know how he would be able to assess personally if I needed medical attention. After two hours elapsed I was finally allowed medical attention, and found out a person with a neck or back injury will take a chance being injured further being taken from the 3rd floor jail to the first floor. The elevator isn't big enough for a body board, and the only stair case turns to steeply for a body board, so I was carried down 3 flights of stairs in a canvas tote by trustees who couldn't quite lift me high enough to avoid hitting the stairs all the way down. After spending a few hours at the E/R, I returned with orders for further care, which I did not get. I inquired as to why and was told the sheriff had not authorized it and that I should fill out sick calls, which I did, one on August 24 and another on August 29. I received

#2. Sheriff Jordan (cont)

no answer, reply, or medical treatment. The following week I asked a guard about my lack of treatment, and he stated the nurse that the Winn Parish Jail uses came and read my sick calls and in preparation to see me, she was told not to, per the sheriff, stating it was not necessary. This particular guard also told me that from his experience I would eventually have to file a lawsuit to get the sheriff to pay for any medical treatment.

After I was shipped to JPCC and the facility nurse sent me to the local E/R and returned with orders for an immediate neuro consult and to explore treatment options, I was placed back in general population expecting a very quick follow up. During this time I continued turning in sick calls concerning my deteriorating condition, and was told by the facility nurse that she was doing everything she could to get the consult and further attention, but to do so she needed authorization from the sheriff (Jordan), but he would not provide it, even though it was made clear it was of highest importance and possibly life threatening.

Sheriff Jordan, or Winn Parish, did however assume the cost of my nurse calls and medication (ibuprofen) I was given, although that was not done for any other Winn Parish detainee.

During the course of my being detained, motions of bond reductions for medical reasons were brought to court, with the reason for the reduction being for me to seek medical treatment I wasn't getting. Sheriff

#2. Sheriff Jordan (cont)

Jordan informed the judge that the reduction wasn't necessary because I was getting treatment, which was absolutely untrue, and caused the judge (Derr) to deny these requests (without him actually checking the validity of what the sheriff said). This created a situation that became a circle I'm stuck in... the condition of the jail caused my initial injuries, Sheriff Jordan refuses or denies any medical treatment, although each and every doctor I've seen during my incarceration has ordered such, and prevents the judge from allowing the bond reduction to seek my own medical treatment.

Sheriff Jordan currently continues to refuse any future treatment, or allow any ordered treatment for any injuries sustained during my incarceration, especially for injuries originating in August that have worsened drastically.

Re: civil action no: 18-0068 Section P
Carter vs. Derr, Et Al

Reply to Amendment Request from court

Answering #3. Medical Care

(1) desc. of medical condition
- Unable to walk due to alternating numbness and intense "pins and needles" in left leg leaving it weak and unresponsive.
- Pain originating in right heel of right foot when weight placed down as happens when walking with pain extending up right leg and ending at bottom of right shoulder blade.
- Constant pain at top of spine/base of neck extending up to center back of head and down entire back (intense)
- Numbness in left arm from shoulder extending down to tips of fingers on left hand
- Constant pain in left shoulder and reduced range of motion
- Intermittant pulsing pain from right shoulder extending to right hand
- Intermittant numbness in right hand and fingers
- Intermittant pain in kidney area with feeling of constant full bladder and inability to control bladder at all times

Desc. of med. cond. (cont)
- Constant numbness in testicle area
- inability to maintain erection
- excessive weight gain

(2) Desc. of injuries
- injuries to back, head, shoulder sustained with falls
- see desc. of medical condition for details caused by falling
- have received no treatment for any injury

(3) Explanation for worsening injuries
- Since first fall in August I've gradually lost the ability to walk or stand
- left arm and fingers worsened into constant numbness
- pain gets worse daily
- mental condition suffers
  - humiliation, immasculation, helplessness, lack of self worth, not able to list the things I feel are wrong mentally because I don't have any idea how to describe or articulate it.

(4) Details about lack of wheelchair
In October 2017 I became unable to walk without some form of aid. At this time I was in "medical infirm / lockdown," and when I needed to leave the cell

Lack of wheelchair (cont)

(for showers/phone/visitation) the on duty staff would bring a walking aid, which I used until Oct. 27 when I fell the second time. The cell I was in, usually used for suicidal inmates, had its toilet directly beside the bunk so I didn't ask for a walking aid while in there, but I was removed from that cell and moved to one used for inmates on disciplinary lockdown that did not have the convenience of a toilet directly beside the bunk. I was removed from the "suicide" cell after the staff realized I shouldn't be in the cell with suicidal inmates, even though I had already complained of being threatened and harassed by the non suicidal inmates they would place in there, with my complaints being ignored, and one guard actually telling me to assault the other inmates first, before they figured out I was handicapped. The cell used for disciplinary I was placed in had bunks approx 10 feet from the toilet. I was given the wheelchair after being placed in this cell and could not get to the toilet unless I let myself fall from the bunk onto the floor and crawled/pulled myself across the floor to the toilet and pulled myself up onto it. This happened for about 2, maybe 3 weeks. before they allowed the wheelchair in the cell with me. I was later told the facility nurses consulted the facility doctor, and she, as well as the doctor who attended me at the University Health (LSU med. center) E/R ordered me into the wheelchair. At times the guards would come take the wheelchair stating it was needed for other inmates, telling

Lack of wheelchair (cont)

me it would be returned shortly. I would always have to ask for it to be brought back to me, because it was never returned until I did, and even then sometimes it would take days for the wheelchair to come back to me, leaving me confined to a bunk and crawling on the floor to use the toilet. I had several minor falls during these times with no wheelchair, but was offered no treatment. I fell because I could only take so much mental torture from other inmates and my knowledge of the situation leading to the need for a wheelchair and foolishly attempted to walk to use the toilet and was not successful. After I was released from infirm/lockdown into general population the same thing with the wheelchair being taken continued, only I was much further from the toilet to have to crawl and could not reach the dining area without it. I asked a nurse about my parish purchasing me one, but nothing came of it. Finally, my mother purchased a chair for me and brought it to the facility so I didn't have to deal with this situation any longer.


(5) Lack of handicap cell.

After falling initially in August while housed at the Winn Parish Jail, I was unable to climb up onto my assigned bunk, and I was informed by the warden "they couldn't just make someone give up their bottom bunk, so what did I expect them to do, and I could just figure it out." Another inmate saw my dilemma and offered me his low bunk.

Lack of handicap cell (cont)

No area of the jail at the Winn Parish Courthouse is equipped with railings or any form of assistance for mobility, nor are the showers, which caused my initial fall, accessible by anyone with a disability relating to the use of a persons legs. In September, when I was sent to Jackson Parish Correctional Center (JPCC), my mobility was deteriorating and after informing the officers in booking of this I was told no accomodations could be made without a nurses order, but I couldn't see a nurse that day and probably would need to do a sick call. I had no choice but to struggle up a ladder into a bunk as best I could until one of the nurses ordered me into a lower one. As time progressed I became unable to walk to the dining area to eat so I was ordered into "medical infirm/~~disciplt~~ disciplinary lockdown" after a nurse told me to "stop writing sick calls saying I couldn't walk because there was nothing she could do, and she bet infirm would stop me from writing them." The first cell I was put in had hand railings by the toilet, although the toilet was several feet from the bunks and I had no aid for walking. I was in this cell for one week and then moved to a cell used for suicidal inmates due to it being under constant video surveillance, although I was not a suicidal inmate. There were no railings to help me move around, but the toilet was directly beside my bunk so I could "slide" between the two. I was kept in that cell for two weeks, even though I complained to staff that the DOC inmate also housed in there recognized my injuries and handicaps

Lack of Handicap cell (cont)
and then started harassing me and threatening me with physical harm through violence. He was moved to make room for an actual suicidal inmate. I remained there for an additional week until a guard told me I wasn't supposed to be housed with suicidal inmates and later moved me to a cell used primarily for inmates placed in disciplinary lockdown. At all times the other 3 occupants of the 4 man cell were filled with such D.O.C. inmates, some of whom threatened and harassed me constantly, no matter how much I complained to guards, until I stopped complaining because they did nothing for me and it just made it worse with the inmates I complained about. This cell had no handicap assists such as railings and the toilet was approx 10 feet from the bunks. By the time I was placed in this cell I was ordered into a wheelchair but was not allowed to have it in the cell with me, leaving me to either stay bedridden and foul myself or crawl to the toilet until I couldn't handle the humiliation of doing so and the taunting of the inmates that were witness to this and I attempted to walk several times, failing each time and falling. At this time I was told not to call for a guard each time I fell and needed help, ask the other inmates for help. We were taken out for 5 minute showers every other day, and if the guard didn't want to bother finding a wheelchair and folding chair for me to shower in with, I was denied a shower, the longest I was made to go without being able to clean myself was 9 days. It is mentionable

Lack of Handicap cell cont.

that during this the nurse had ordered I be taken to the handicap shower in the building but no one ever took me there. We were allowed a 5 minute phone call once a week, and, as with the shower, if the guard did not want to find a wheelchair for me, I did not get phone privelages. Shortly after complaining of these things multiple times the wheelchair was left in the cell with me, unless it was taken because another inmate needed it, where I would then have to endure being without it anywhere from several hours to days. After approx one and one half of a month spent in this cell and numerous requests to return to general population, I was allowed to as long as I would sign a waiver releasing JPCC from any injuries (new) occurring from my being in general population. In general population I was allowed to keep a wheelchair unless it was needed for another inmate, which was frequent and for extended periods of time. This left me unable to cross the 30-40 ft from bunk to toilet or shower or go eat. The dorm, as all dorms at JPCC, has extremely heavy doors that are extremely hard to open without help. The guards still won't take me to the handicap shower or provide me with a folding chair, leaving me to take my wheelchair into the dorm shower and struggle through showering while exposure to the water and awkward use has caused it to start breaking, primarily from rust. Also, none of the dorms is set up for anyone in a wheelchair to reach the ice chest mounted on the wall, or the microwave, and causes extreme difficulty reaching any

Lack of handicap cell (cont)
telephone except the one at a lower height, which doesn't always work or the flap, which is what staff speaks to us through or hands off small items asked for or sent to the dorm.

(6) Lack of handicap trans.
Neither the jail in Winn Parish nor JPCC has any inmate transportation with any form of access or exit for someone in a wheelchair or a condition compromising the full use of their legs. To load me into the vans the guards will attempt to lift me out of my wheelchair and push until I crawl onto the floor of the van, expecting me to cover whatever deficiencies they had doing this, and rarely was/is there more than 1 guard to do this. If I was unable to assist in a manner they found helpful or quick, I'm "manhandled" into the floor of the vehicle and then have to figure out how to get onto the seat, the guards having no regard for my injuries or condition. To exit the vehicle I would be instructed to "trust" fall backwards from the seat of the vehicle into the guards arms to be lowered down into my wheelchair. On more than several occasions the guards were not able to catch me and I fell from the seat down to the ground, and then I would be told to immediately get up into my chair, as fast as I could crawl into it. When I complained of pain and one time in particular that I thought I'd hurt myself further, I was ignored and told

Lack of handi trans. (cont)
"that wasn't their problem, theirs was simply to transport me from A to B." I have asked for specific medical transport, and the replies I get range from laughs to being told that the vans I ride in are the medical transport

(7) Treatment/Medication

Other than the few things I've been lucky enough to overhear during E/R visits or the one time the E/R Dr. sat and went over a few details of my injuries and how he wanted to prescribe me narcotic pain relievers but knew the facility would not let me have them, I know almost nothing of any treatments and/or medication I should have been provided. Just the orders of referral to outpatient neurosurgery, neurology, ortho, and physical rehabs, but none of the details. When I've asked Dr's about my condition and treatment I've been told they cannot tell me, that info has to be sent straight to the facility. When I've asked the facility nurse she told me its a threat to security for me to know anything of my medical situation. The facility Dr. says she cannot treat me because I'm a pre-trial detainee and she treats DOC inmates, and that I have to wait for off site medical care, that my sheriff has to approve, but won't.

(8) Desc. of treatment received
- I have received no treatment. I've gone to an E/R several times for diagnosis, received treatment orders that did not happen, a clinic visit that led to an immediate hospital stay, and that hospital stay led to more orders for some form of outpatient treatment which I'm not receiving.

(9) Dates of treatment
I do not know if this is asking for dates of actual treatment, which I don't have, or dates of any form of medical attention, so to make sure I'm including each off site medical trip I've made and description of each.

August 20, 2017 - E/R visit
  Winn Parish Medical Center
September 13, 2017 - E/R visit
  Jackson Parish Hospital
October 30, 2017 - E/R visit
  LSU Medical Center/University Health
December 28, 2017 - Clinic visit
  Outpatient neuro clinic @ LSU Med./University Health
December 28, 2017 - hospital stay
  LSU Medical Center/University Health

(10) Medical providers
- I do not have the names of medical providers, other than what will be listed in medical reports.

(11) Facilities
Winn Parish Medical Center Emergency Room
Jackson Parish Hospital Emergency Room
LSU Medical Center / University Health Emergency Room
LSU Medical Center / University Health Outpatient Neuro Clinic
LSU Medical Center / University Health Hospital

12. Diagnosis
- See medical reports; facility states threat to security for me to know

13. Medications / treatment / apparatuses
* Unsure of all meds, other than ibuprofen I'm given, although some of the Doctors I've encountered have wanted to prescribe stronger meds, but stated they knew the facility would not recognize them.
* I've had no treatment
* walker / walking aid ordered by facility
Wheelchair ordered by facility nurse, facility dr. and attending dr. at University Health E/R

(14) Medical Records

- Enclosed are records from 2 different E/R visits; although the facility continues to refuse me any medical information, saying its a threat to security for me to have it. I wrote letters to the places I've been taken and asked my records be Sent to my parents home, and in turn my mother sent these to ~~the~~ me at the facility

(15) requests for care

- I turned in numerous sick call requests, although neither facility I've been housed at has provided me copies of these and they aren't on carbon copy forms. I stopped sending in sick calls after the nurse told me they were the reason I was being put in "infirm/lockdown" and none of them led to treatment anyway. I'm still terrified I'll go back into lockdown if I submit anymore, regardless of how badly I might need medical treatment.

(16) grievances

- I filed two ARP's, both in November, the first one I tried to give to a guard, he told me to get an inmate in general population to drop it into the mailbox (I was in "infirm/lockdown" at this time). I never heard from anyone regarding it. The second one I put in the guards hand and insisted he take it, and never got a reply from it either. I gave up writing them after that. I have no copies of these since the form is single copy with no carbon, and nothing was ever returned to me.

(17) Other info

- Each defendant has been made aware of my medical situation, condition, and needs, and my repeated attempts to obtain actual treatment have been futile. The sheriff refuses to authorize medical treatment. The sheriff has successfully

Prevented the bond reductions necessary for me to seek my own medical treatment. The judge took the Sheriff at his word instead of putting any other thought or investigation into the requests for bond reduction. The jail in Winn Parish and its lack of maintenance led to my initial fall and did nothing to repair the building or me. JPCC has been housing me as an inmate thats fully ambulatory, no matter what that causes for me to experience, and even though orders from Dr's with treatment options roll in, some indicating possible life threatening needs/concerns, they are content to let the Sheriff of Winn Parish deny all of the treatment.

Desc. of Mental Condition

- Since my first fall I've been asking for help, for treatment, for any medical attention, and it has not been given. I'm left wondering why I'm not good enough or important enough to get medical attention after someone else's negligence causes me to get hurt. I've been, and continue to be, immasculated, humiliated, tormented, and put through more cruelty mentally than I thought possible. I can't even get my medication without some of the guards making cruel japes about my not being able to walk, to the point that there have been times I would not get my meds because I couldn't handle the torment. It's like some of these people take it personally as a problem I'm causing for them that I can't walk, and I deal with their cruelty daily. I do not feel like a person anymore, or even an animal, since even animals get medical attention when someone causes them to be hurt, and the person doing the hurting has some form of repercussions. I guess because I'm in jail I don't deserve medical attention. My anxiety level is extremely elevated and I don't feel as though all the decisions I make could be made based on my desire to not be in pain any more than made to be in my best interests. I don't trust my decision making abilities now compared to my decision making abilities when I was not in pain. I have an unnatural fear of the future based on my current physical condition and lack of concern on anyones part to help fix it, especially how I'm going to live and take care of myself in my condition when my means of financial well being, my entire career, is based in an industry where my physical

Desc. of Mental Condition (cont)

well being is necessary. I've developed an unnatural fear of police persons, including the deputies at the Correctional Center.

I don't know how to adequately explain any of the things concerning my mental health, but hopefully this gives a little insight into my current mental condition and why I've asked for mental treatment of some sort. I have so many insecurities and inadequecies now that I've never had or experienced before, and I don't know how to find my way back to being a whole person mentally, because no one seems to care if I'm ever a whole person again physically.

Re: Civil action no: 18-0068 Section P
Carter v. Derr, Et Al

Reply to Amendment Request from Court

Answering #4. Entities not Amenable to Suit

Withdraw plaintiff Winn Parish Jail and amend
to the following
Winn Parish Police Jury
Allen Michael McCartney, President of Winn
Parish Police Jury

Withdraw plaintiff Jackson Parish Correctional Center
and amend to the following
LaSalle Corrections
Jackson Parish Sheriff Andy Brown-Operator
of Jackson Parish Correctional Center
Timothy Ducote-Warden of Jackson Parish
Correctional Center

Monetary Relief actions / omissions
* Housing me in a facility with obvious negligence
* Refusing medical treatment
* Refusing to allow me to seek my own treatment
* Allowing bias to interfere with State Court proceedings
* Injuries Sustained due to negligence
* Allowing condition to deteriorate
* Mental condition deterioration arising from entire situation
* lack of future potential earnings caused by injuries
* Humiliation and harrassment from Corrections Staff
* Financial burden on family due to medical condition
* lack of any current quality of life
* uncertainty of future quality of life depending on medical condition

Lane Carter

vs.

Jacque Derr, Et Al

Civil Action no. 18-0068

Section P

Other Info

\* I couldn't figure out where in all this to state that I'm under constant surveillance (video) and all events, falls, etc... Should be recorded, at both facilities, except for the time JPCC had me confined in the "infirm/lockdown" cells that had no video access

\* Also have daily journal with frequent entries each day I can have sent to court if needed. I cannot keep it here with me due to its size and mail it home 5 pages at a time. Its a detailed account of medication times, daily condition, interaction with staff, medical attention (if any), mental condition, and other details of my daily life. Ive kept this journal since August 20, 2017. If the court would like this journal, let me know and I can have a family member mail or deliver it to you.

Other Info (cont)

* The jail at the Winn Parish Courthouse has no exit for someone with a back/neck injury needing to ~~st~~ be strapped to a board to be taken for treatment. On the board the elevator isn't big enough and the stairwell isn't large enough. I had to be loaded into a canvas tote style bag and carried down 2 flights of stairs by inmates, who weren't strong enough to carry me without dropping me repeatedly onto the stairs.