RECEIVED

JUN - 5 2018

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Lane Carter                    Civil Action No 18-0068

vs.                            Section P

Jacque Derr, Et Al             Judge Doughty
                               Mag. Judge Hayes


Re: Emergency and Clinic Visits

In May I was taken to a clinic visit at an outpatient clinic with University Health. I was told before leaving the jail that I had no appointment and there was no authorization for me to go, but I was going anyway since another inmate had an appointment. When I arrived I was told authorization had been given and I would be seen

When I was called back to be seen the person attending me asked me to tell him all of my symptoms, starting at my head and work my way down. I started talking, which was odd because every other time I've been to University Health I'm not really given the opportunity to actually verbally interact with doctors, and the doctor started reading his computer screen and immediately told me he didn't need to hear about anything except my leg. I started telling him of the changes in my condition concerning my leg, which differs from the condition of my leg the last time I was seen in January, but before I could say much at all the doctor excused him self from the room, leaving myself and the transport officer that drove to the clinic

(cont.)

The transport officer, Charlie Smith, then looked at me and asked me my opinion on what just happened, meaning what did the doctor read that completely derailed and then ended his interaction with me, esp. concerning anything other than my leg. Our opinion was that the jail nurse, Laura Bennett, must have sent instructions of what I was to have done, rather than let the doctors decide that.

The doctor finally returned, accompanied by another doctor, and without actually asking me anything she checked for muscle atrophy and told me of another test I needed since the MRI didn't reveal anything. The first doctor started to ask me about something cervical, but before he could finish the question, the second doctor said that info wasn't necessary and then ended my visit, stating something about pre-existing conditions to the first doctor and me not being there for that. Before actually leaving the room the second doctor asked me if my physical therapy was not effective, and I replied I wasn't receiving any therapy, and seeming startled, re-checked the computer screen, and then asked the transport officer if there was a therapist at the jail since I wasn't being taken to therapy. He responded there was no form of any therapy at the jail. Both doctors were then gone from seeing me.

(cont)

This situation was oddly similar to the visit I had to the University Health emergency room on October 30, 2017 after I fell at JPCC on October 27, 2017. During that experience the E/R doctor attending me actually told me the nurse from the jail had sent instructions, but would not disclose them to me, and wanted me admitted to the hospital that night but sent me back to the facility (jail) after being told to by someone. He told me what some of his orders were for my treatment, although he told me he was under strict direction that I was to know nothing of my medical situation. He told me he was ordering physical therapy and a referral to (2) different outpatient clinics, and he told me he understood the extreme pain I was in, but he could only offer to write prescriptions for Ibuprofen or tylenol because the jail wouldn't give me anything stronger, and he apologized repeatedly for that, for not being able to tell me anything more, and for sending me back when he felt I needed to stay. After returning to jail I asked the nurse of my medical condition, she wouldn't tell me, and told me there was no order for any form of therapy. She then told me that it was still a threat to security for me to know anything of my medical situation.

I have the firm belief that this nurse is contacting the places I'm sent to each time and

(cont)

giving detailed instructions on what I'm there for and what is not authorized to check/diagnose/treat. The only injury or condition that anyone shows any interest in is my leg, and that happened only after falling at JPCC a month and half after falling in the Winn Parish jail. The E/R visit in October is when the doctor ordered me into a wheelchair, temporarily because the therapy was supposed to help me out of it, and it went along with the jail nurse and jail doctor putting me in the wheelchair. Me being in a wheelchair is absolutely not the only thing happening from a fall in October, although that's how it's treated.

The doctors I've seen keep saying I'm not there for pre-existing conditions, and I just don't understand where these pre-existing conditions are coming from since they weren't there before my initial fall, so logically, the jail nurse is preventing any treatment by saying what she wants checked and what she doesn't.

I sincerely hope I haven't confused anyone with what I'm saying, it all seems so easy to explain til I start articulating it on paper. What I would like is to see my doctor or one I feel the jail nurse isn't instructing or influencing somehow, but I don't see how that can happen while I'm being detained awaiting a trial that keeps getting postponed and being unable to afford what I would

(Cont)

Consider an unreasonable bond that the Judge named as a defendant in this suit has refused to reduce (3) times, even after the district attorney agreed to a medical O/R bond so I could seek medical care not being provided to me.

Respectfully

Lane Carter
287 Industrial
Jonesboro, LA 71251