RECEIVED

JUN 06 2018

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

_____ene Carter                    Civil Action No. 18-0068
Vs.                                Section P
Jacque Derr, Et.Al.                Judge Doughty
                                   Mag. Judge Hayes

On May 31, 2018, Captain Kevin Kelley came to the dorm I'm housed in and told me to get dressed for a lawyer visit, which I did, and then left the dorm to meet the lawyer. Upon my leaving the dorm Capt. Kelley looked to see if I was away from the dorm door and when satisfied I could not hear him, informed several inmates I'm housed with that, "nothing is wrong with me, I'm faking, he talked to the nurse and she said nothing was wrong with me, and that those people said so." The nurse he refers to is Laura Bennett and I'm assuming the people he refers to are medical providers at the clinic/hospital I've been sent to while here.

I have several problems with this...

1. It is not a factual statement, according to my medical records

2. This nurse, if the Capt. is telling the truth, is telling people things about my medical condition, and things that aren't true.

3. The capt. is broadcasting my medical info, be it factual or fake, to other inmates, who have no

Civil action no 18-0068

business knowing anything of my conditions. These inmates are who told me of the Capt's actions and all offered to write statements verifying this if needed.

4. I cannot report this to anyone at this facility because of retaliation from this particular Captain. I have been witness to more than a few occurrences where he has abused his authority by using gas/mace on inmates without provocation, physically accosted inmates unnecessarily, and threatened and demeaned inmates simply because he can. Since I am being held here, and have no idea when I might be able to leave because the judge I've named in this suit refuses a bond reduction repeatedly and the criminal charges I'm being held on continually get prolonged, I am terrified of even notifying this court, given that if I'm still here when this suit is heard, this Captain will find out and he will retaliate, but I didn't know who else to tell. I just hope the court can In some way help protect me from any retribution this facility or its staff will have for me when they are notified of the suit and any details of it.

Re: Civil Action No. 18-0068
Section P

**RECEIVED**

Lane Carter

vs.

Jacque Derr, Et Al.

JUN 06 2018

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

BY

I'm not sure if this is proper, or actually allowed, but I need to add further complaints to my suit. They are enclosed. Thank you for your assistance and my apologies if this isn't how to do this.

Lane Carter
887 Industrial Dr.
Jonesboro, LA 71251