# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **LANE CARTER** | **CIVIL ACTION NO. 18-0068** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **JACQUE DERR, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter, and after consideration of Plaintiff's additional filings in this matter [Doc. Nos. 22 & 23],

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Lane Carter's request for this Court to intervene in his state court proceeding, [Doc. No. 13], is **DISMISSED WITH PREJUDICE** under the *Younger* abstention doctrine.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Judge Jacque Derr are **DISMISSED WITH PREJUDICE** as Judge Derr is entitled to absolute judicial immunity.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Warden Timothy Ducote and Police Jury President Allen M. McCartney are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief

can be granted.

MONROE, LOUISIANA, this 3rd day of July, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE