**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **LANE CARTER**<br>  **LA. DOC #15199** | **CIVIL ACTION NO: 3:18-CV-00068** |
| **VERSUS** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **JACQUE DERR, ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## ORDER

This Motion for Leave to Take Deposition having been considered, it is:

ORDERED that the Motion of Defendants, LaSalle Corrections, LLC and Sheriff Andy Brown, Sheriff of Jackson Parish,  is GRANTED and the deposition of Lane Carter be ordered for Thursday, September 20, 2018, commencing at 10:00 a.m., at the Jackson Parish Correctional Center, located at 327 Industrial Drive, Jonesboro, Louisiana 71251-5498.

IT IS FURTHER ORDERED that Lane Carter answer the questions presented to him during the course of the deposition. Lane Carter is also specifically instructed that should he fail to answer questions posed to him during the course of his deposition he may be subject to penalties as allowed by law, including the dismissal of his suit.

THUS DONE AND SIGNED this ___9th___ day of ___August_____, 2018, at Monroe, Louisiana.

_____
    HONORABLE KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE