UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

LANE CARTER

VS.

JACQUES DERR, ET AL

CIVIL ACTION NO. 3:18-CV-00068

SECTION P

JUDGE TERRY A. DOUGHTY

MAG. JUDGE KAREN L. HAYES

STATE OF LOUISIANA

PARISH OF WINN

### AFFIDAVIT OF KAREN TYLER

BEFORE ME, the undersigned Notary Public, personally came and appeared KAREN

TYLER, who being duly sworn did depose and say:

1.  I am more than 18 years of age and all statements contained herein are based on my personal knowledge.

2.  I am presently employed as Secretary/Treasurer for the Winn Parish Police Jury (the "Police Jury"), and have worked in that position since May 2008.

3.  As Secretary/Treasurer, I oversee the day-to-day operations of the Police Jury Office. My duties, among other responsibilities, include responding to maintenance and repair requests relating to the Winn Parish Jail (the "Jail").

4.  From my personal experience, I can attest it is the practice of the Police Jury to respond to plumbing maintenance and repair requests (for the Jail) immediately upon notification, or as soon thereafter as work can be scheduled, depending on the availability of the Police Jury's independent plumbing contractor. As a matter of course, the Police Jury requests immediate service in order to solve any plumbing problem, and to prevent any such problem from intensifying, or creating additional problems that may result from a continuing, unresolved condition. In all instances the Police Jury seeks to have plumbing repairs completed within 4 days of notification of any plumbing problem.



EXHIBIT

1

5.   As part of my duties, I serve as custodian of maintenance and repair records for the Jail. Subsequent to the filing of the above captioned litigation matter, I examined the Police Jury maintenance and repair records for the Jail, as those records relate to plumbing repairs for Jail Cell No. 3, for the period January 1, 2015 through August 21, 2018. As custodian of those records, I hereby certify that the records attached hereto as Affidavit Appendix A are true and correct copies of all plumbing maintenance and repair records for Jail Cell No. 3 during January 1, 2015 through August 21, 2018.

6.   The Appendix A records do not reflect any repair requests relating to the shower floor in Jail Cell No. 3 at any time prior to, or immediately after Lane Carter's alleged fall in the Jail shower on August 20, 2017.  The Appendix A records do show the repair of a "water leak" in Jail Cell No. 3 on October 16, 2017 (see Appendix A, p. 10), although the Police Jury records of complaints do not reflect that any prisoner slipped and fell as a result of any "water leak" in Jail Cell No. 3; moreover, the "water leak" repair order was made almost two months after Lane Carter's August 20, 2017 alleged fall in the shower. The Appendix A records (at p. 10) also show a repair entry for October 17, 2017, which notes: "Shower Cell 3 Leaking, Bottom of Showers Have Pin Holes in Them" (Id.). This repair entry is in conjunction with the October 16, 2017 "water leak" entry, and was also reported almost two months after the August 20, 2017 fall alleged by Lane Carter.

7.   The Police Jury also maintains financial, accounting and  miscellaneous other records relating to the Jail. Such records include   complaints from any source relating the Jail. These records are kept for a period of 10 years. I examined the records of complaints, and found no record of  any complaint by Lane Carter as to any condition at the Jail.  Additionally, the referenced   records contain no complaints regarding holes in milk crates in the Cell No. 3 shower; nor is there any complaint  regarding prisoners falling as a result of holes in milk crates in the Cell No. 3 shower. Further, my review of these records revealed no record of any complaint by any   person relating to the absence of handrails in any Jail shower; there is also no maintenance or repair    record of any person requesting the placement of handrails in the Cell No. 3 shower.  The referenced records do not show any record of any inmate or detainee ever falling in a Jail shower due to the absence of handrails. The Police Jury has no record of any problem or potential problem relating to the absence of handrails in the Cell No. 3 shower.

8.   The above referenced financial, accounting and miscellaneous other records also include photographs taken of Jail Cell No. 3 during  September of 2018. As custodian of those   records, I attest the three photographs attached here to as Affidavit Appendix B are true and correct copies of the Police Jury photographs of Jail Cell No. 3.

9.   The milk crates on the floor of Jail Cell No. 3 (shown in two of the Appendix B photographs) were not placed there by the Police Jury, nor are the crates the subject

of any maintenance or repair activities undertaken by the Police Jury. Further, the placement of milk crates on the shower floor of Cell No. 3 is not the type of "maintenance" or "repair" that would be undertaken by the Police Jury with regard to maintaining the Jail. Additionally, the Police Jury maintenance and repair records do not show any request for the placement of milk crates or any other material on the floor of Jail Cell No. 3.

10.     The Police Jury relies on Jackson Parish Ambulance Service ("JPAS") to provide emergency medical transport for prisoners who are injured at the Jail. JPAS provided transport to Lane Carter following his alleged fall on August 20, 2017. I am also custodian of records relating to services provided to the Police Jury by JPAS, and I attest the records attached hereto as Appendix C are true and correct copies of documents submitted to the Police Jury by JPAS in relation to its providing of emergency medical transport to Lane Carter on August 20, 2017.


_____
**KAREN TYLER**


SWORN TO AND SUBSCRIBED before me, Notary Public, this ___30ᵗʰ___ day of

___October_____, 2018, at Winnfield, Louisiana.


_____
NOTARY PUBLIC
Printed Name Constance Beard
Notary/Bar Roll No. 15740
My commission expires at death

Apr 20 2015 12:31PM Jwp 3188991454                    page 1

## Johnny Williams Plumbing, LLC

**Invoice**

6461 Hwy. 8
Bentley, LA 71407
318-899-5685
LMP 4475

| Date | Invoice # |
|------|-----------|
| 4/20/2015 | 2015-0359 |

**Bill To**


POSTED
4/20/15

**Ship To**

WINN POLICE JURY
ATTENTION: KAREN TYLER
P O DRAWER 951
WINNFIELD, LA. 71483

JAIL


RECEIVED
APR 20 2015
BY:

VENDOR J1527-1
GLC A70-01-275-610
INV # 2015-0359

| Terms | |
|-------|--|
| Due on receipt | |

| Item Code | Description | Amount |
|-----------|-------------|--------|
| | 04-15-15 | |
| LABOR | FURNISHED AND INSTALLED NEW SHOWER VALVE IN CELL 3 | |
| MATERIAL | LABOR | 220.00 |
| | MATERIAL | 235.00 |

Terms: Due upon Receipt. Work is completed when invoice is remitted for payment. Delinquent accounts
will be charged late fees at the maximum allowed by law. Collection/attorney's fees are the responsibility of
the customer. $25 fee will be charged on all returned checks plus any bank charges.

**Total** | $455.00

Appendix
A

# Purchase Order № 30917

**WINN PARISH POLICE JURY**
PO BOX 951
WINNFIELD, LA 71483

DATE: 4-20-15

REQUISITION NO.

TO: Johny Williams Plumbing

SHIP TO

| QTY. ORDERED | QTY. REC'D | STOCK NO./DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| Sate Tax | | install new shower | valve cell 3 | | 45.00 |
| | | | | | |
| Health Unit | | unstop sewer | | | 245.00 |
| | | | | | |

SHIP BY | SHIP VIA | F.O.B. POINT | TERMS

REQUISITIONED BY

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.
4. Our order number must appear on all invoices, packages and correspondance.

AUTHORIZED BY:

LASALLE PRINTING & OFFICE SUPPLY

2

Apr 21 2016 7:24AM                                         page 1

# Johnny Williams Plumbing, LLC
6461 Hwy. 8
Bentley, LA 71407
318-899-5685
LMP 4475

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/21/2016 | 2016-0352 |

**Bill To**

WINN POLICE JURY
ATTENTION: KAREN TYLER
P O DRAWER 951
WINNFIELD, LA. 71483

**Ship To**

JAIL

| Terms |  |
|-------|--|
| Due on receipt |  |

| Item Code | Description | Amount |
|-----------|-------------|--------|
| LABOR MATERIAL | 04-12-16<br>FOUND LEAK ON PRISON FIXTURE SHOWER HEAD, ORDERED PART<br>04-18-16<br>FURNISHED AND INSTALLED PRISON SHOWER HEAD IN CELL THREE<br><br>LABOR<br>MATERIAL<br><br>VENDOR J152-1<br>GLC 200-01-275-610<br>INV # 2016-0352<br><br>RECEIVED APR 25 2016 BY:<br>POSTED 4/27/16 | 380.00<br>423.00 |

Terms: Due upon Receipt. Work is completed when invoice is remitted for payment. Delinquent accounts will be charged late fees at the maximum allowed by law. Collection/attorney's fees are the responsibility of the customer. $25 fee will be charged on all returned checks plus any bank charges.

**Total** $803.00

# Purchase Order № 31516

**REQUISITION NO.**

**DATE** 4-21-16

**TO**

WINN PARISH POLICE JURY
PO BOX 951
WINNFIELD, LA 71483

Johny Williams
Plumbing

**SHIP TO**

Sales Tax

| REQUISITIONED BY | SHIP BY | SHIP VIA | F.O.B. POINT | TERMS |
| --- | --- | --- | --- | --- |

| QTY. ORDERED | QTY. REC'D | STOCK NO./DESCRIPTION | UNIT PRICE | TOTAL |
| --- | --- | --- | --- | --- |
| | | repair shower head | | 80 3 80 |
| | | in jail | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1. Please send ____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.
4. Our order number must appear on all invoices, packages and correspondence.

**AUTHORIZED BY**

CALLIE PRINTING & OFFICE SUPPLY

4

# MAINTENANCE WORK ORDER FORM.

DATE: 8/15/16 TIME: 8:00 Am

DESCRIPTION OF MAINTENANCE NEEDED: The bathroom (toilet)
is not working properly, "Cell #3 Block C"
Also, An A/C Unit in front of cell #3 is Not
working At all

WARDEN SIGNATURE: _____

✗ A/C in Warden's ofc is not cooling ; RZ
Still.

MAINTENANCE RESPONSE TO WORK ORDER FORM: Replaced A/C unit infront
of cell #3 with a brand new A/C unit. We got the toilet
to work properly but it seem to be stopped-up with something.

DATE WORK COMPLETED: 8/15/16     SIGNATURE: Alenard T. Gale

whiting on
new unit
to come.
8/15/16

5

Sep 06 2016 1:58PM                                   page 1

# Johnny Williams Plumbing, LLC

6461 Hwy. 8
Bentley, LA 71407
318-899-5685
LMP 4475

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/6/2016 | 2016-0983 |

**Bill To**

WINN POLICE JURY
ATTENTION: KAREN TYLER
P O DRAWER 951
WINNFIELD, LA. 71483

**Ship To**

COURTHOUSE




| Terms | |
|-------|--|
| Due on receipt | |

| Item Code | Description | Amount |
|-----------|-------------|--------|
| LABOR<br>EQUIP. | 08-29-16<br>UNSTOPPED TOILET IN CELL # 3, REMOVED TOOTHBRUSH AND PLASTIC ITEMS<br>LABOR<br>EQUIPMENT | 255.00<br>25.00 |

VENDOR J1587-1
GLC 270-01-375-615
INV # 2016-0983

Terms: Due upon Receipt. Work is completed when invoice is remitted for payment. Delinquent accounts will be charged late fees at the maximum allowed by law. Collection/attorney's fees are the responsibility of the customer. $25 fee will be charged on all returned checks plus any bank charges.

**Total** $280.00

6

# Purchase Order  № 31772

**REQUISITION NO.**

**DATE** 9-7-16

**TO**

Johnny Williams

WINN PARISH POLICE JURY
PO BOX 951
WINNFIELD, LA 71483

**SHIP TO**

Sales Tax

| REQUISITIONED BY | SHIP BY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| KI | | | | |

| QTY. ORDERED | QTY. REC'D | STOCK NO./DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | pos w/icemachine | | 293 80 |
| | | | | |
| | | wndop da bll | | 280 40 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.
4. Our order number must appear on all invoices, packages and correspondance.

**AUTHORIZED BY:**

LASAGE PRINTING & OFFICE SUPPLY

7

Johnny Williams Plumbing, LLC

6461 Hwy. 8
Bentley, LA 71407
318-899-5685
LMP 4475



| Date | Invoice # |
|------|-----------|
| 9/27/2017 | 2017-1087 |

| Bill To |
|---------|
| WINN POLICE JURY<br>ATTENTION: KAREN TYLER<br>P O DRAWER 951<br>WINNFIELD, LA. 71483 |

| Ship To |
|---------|
| COURTHOUSE<br>JAIL |

VENDOR 5/527-1
SLC 270-01-275-610
NV # 2017-1087

POSTED
10/13/17

| Terms |
|-------|
| Due on receipt |

| Item | Description | Amount |
|------|-------------|--------|
|  | 09-26-17<br>REPLACED SHOWER VALVE FOR CELL 2 & 3, ADJUSTED TEMP ON WATER, CHECKED SINK IN ICE MACHINE ROOM |  |
| LABOR<br>MATERIAL | LABOR<br>MATERIAL | 375.00<br>499.00 |

| Terms: Due upon receipt. Work is completed when invoice is remitted for payment. Delinquent accounts will be charged late fees at the maximum allowed by law. Collection/attorney's fees are the responsibility of the customer. $25 fee will be charged on all returned checks plus any bank charges. | **Total** | $874.00 |
|---|---|---|

8

# Purchase Order № 32403

REQUISITION NO.

DATE: 9/29/9

**TO**
Johnny Williams Plumbing

**SHIP TO**
Sales Tax

| REQUISITIONED BY | SHIP BY | SHIP VIA | STOCK NO./DESCRIPTION | F.O.B. POINT | TERMS | |
|---|---|---|---|---|---|---|
| QTY. ORDERED | QTY. REC'D. | | | UNIT PRICE | TOTAL | |

WINN PARISH POLICE JURY
PO BOX 951
WINNFIELD, LA 71483

replaced shower valve
for cell 2 & 3

874 00

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.
4. Our order number must appear on all invoices, packages and correspondance.

AUTHORIZED BY:

LASALLE PRINTING & OFFICE SUPPLY

9

Johnny Williams Plumbing, LLC

6461 Hwy. 8
Bentley, LA 71407
318-899-5685
LMP 4475





VENDOR J1527-1
GLC 220-01-275-015
INV# 2017-1180

| | Date | Invoice # |
|---|---|---|
| | 10/18/2017 | 2017-1188 |

| Bill To | Ship To |
|---|---|
| WINN POLICE JURY<br>ATTENTION:  KAREN TYLER<br>P O DRAWER 951<br>WINNFIELD, LA. 71483 | JAIL |

| | Terms |
|---|---|
| | Due on receipt |

| Item | Description | Amount |
|---|---|---|
| | 10-16-17<br>REPAIRED WATER LEAK IN SHOWER, REPLACED SHOWER VALVE<br><br>10-17-17<br>REPAIRED SMALL LEAK ON TOILET, SHOWER CELL 3 LEAKING,<br>BOTTOM OF SHOWERS HAVE PIN HOLES IN THEM | |
| LABOR<br>MATERIAL | LABOR<br>MATERIAL | 425.00<br>361.00 |

| Terms: Due upon receipt. Work is completed when invoice is remitted for payment.<br>Delinquent accounts will be charged late fees at the maximum allowed by law.<br>Collection/attorney's fees are the responsibility of the customer. $25 fee will be charged on<br>all returned checks plus any bank charges. | Total | $786.00 |
|---|---|---|

10

# Purchase Order №  32461

**WINN PARISH POLICE JURY**
PO BOX 951
WINNFIELD, LA 71483

REQUISITION NO.

DATE: 10/8/17

TO: Johnny Williams Plumbing

SHIP TO: Sales Tax

| REQUISITIONED BY | SHIP BY | SHIP VIA | STOCK NO./DESCRIPTION | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|

| QTY. ORDERED | QTY. REC'D | STOCK NO./DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | repair leaks at courthouse | | 760 00 |

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.
4. Our order number must appear on all invoices, packages and correspondence.

AUTHORIZED BY: _____

LASALLE PRINTING & OFFICE SUPPLY

11

Johnny Williams Plumbing, LLC

6461 Hwy. 8
Bentley, LA 71407
318-899-5685
LMP 4475



| Date | Invoice # |
|------|-----------|
| 11/1/2017 | 2017-1239 |

| Bill To | Ship To |
|---------|---------|
| WINN POLICE JURY<br>ATTENTION: KAREN TYLER<br>P O DRAWER 951<br>WINNFIELD, LA. 71483 | JAIL |

VENDOR J1522-1
GLC 270-01-225-615
INV # 2017-1239

| Terms |
|-------|
| Due on receipt |

| Item | Description | Amount |
|------|-------------|--------|
| LABOR<br>MATERIAL | 10-26-17<br>REPLACED METERING VALVES IN THREE CELLS<br>LABOR<br>MATERIAL | 375.00<br>1,745.00 |

Terms: Due upon receipt. Work is completed when invoice is remitted for payment.
Delinquent accounts will be charged late fees at the maximum allowed by law.
Collection/attorney's fees are the responsiblility of the customer. $25 fee will be charged on
all returned checks plus any bank charges.

| **Total** | $2,120.00 |
|-----------|-----------|

12

# Purchase Order №. 32511

**WINN PARISH POLICE JURY**
PO BOX 951
WINNFIELD, LA 71483

| REQUISITION NO. | |
| --- | --- |
| **DATE** | 11/6/17 |

TO

Johny Williams
Plumbing

SHIP TO

Sales Tax

| REQUISITIONED BY | SHIP BY | SHIP VIA | F.O.B. POINT | TERMS |
| --- | --- | --- | --- | --- |
| KT | | | | |

| QTY. ORDERED | QTY. REC'D | STOCK NO./DESCRIPTION | UNIT PRICE | TOTAL |
| --- | --- | --- | --- | --- |
| | | replace neter valves | | 2,128.00 |
| | | in 3 cells | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.
4. Our order number must appear on all invoices, packages and correspondence.

**AUTHORIZED BY:**

LASALLE PRINTING & OFFICE SUPPLY

13



Appendix
B





## Jackson Parish Ambulance Service
### BILLING OFFICE
115 Watts St
Jonesboro, LA 71251
(888) 357-9977 ext 129
Fax (888) 747-9963

Date:        June 29, 2018

To:          Ginger

Company:     Police Jury

From:        Carol B

Re:          Ambulance bill for Lane Carter

Fax #:       (318) 628-7336

TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 2

NOTES:

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL BACK IMMEDIATELY AT THE
NUMBER LISTED ABOVE.

**CONFIDENTIALITY/PRIVACY NOTICE**
The information contained in this correspondence is confidential and may contain **Protected Health Information** (PHI)/Individually Identifiable Health Information, which is legally privileged by the Health Insurance Portability and Accountability Act (HIPAA) of 1996, as amended, regarding privacy and security of PHI/individually Identifiable Health Information, other federal laws and applicable state laws. It is intended specifically for the recipient(s) named above. If you are not the intended recipient, you are hereby notified that reading, copying, distributing or disclosure of this information is strictly **prohibited and may be a violation of federal and/or state laws and regulations.** The sender has not waived any applicable privilege by sending the accompanying information. If you received this information in error, please notify the sender immediately by phone at (888)357-9977 or (318)747-9977 and destroy the accompanying paper or electronic documents.

30000820175A



Jun. 29. 2018 10:35AM                                                    No. 9044    P. 1/10

# Jackson Parish Ambulance Service
### BILLING OFFICE
115 Watts St
Jonesboro, LA 71251
(888) 357-9977 ext 129
Fax (888) 747-9963

Date:         June 29, 2018

To:           Ginger

Company:      Police Jury

From:         Carol B

Re:           Ambulance bill for Lane Carter

Fax #:        (318) 628-7336

TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 10

NOTES:

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL BACK IMMEDIATELY AT THE
NUMBER LISTED ABOVE.

### CONFIDENTIALITY/PRIVACY NOTICE
The information contained in this correspondence is confidential and may contain Protected Health Information (PHI/Individually Identifiable Health Information, which is legally privileged by the Health Insurance Portability and Accountability Act (HIPAA) of 1996, as amended, regarding privacy and security of PHI/Individually Identifiable Health Information, other federal laws and applicable state laws. It is intended specifically for the recipient(s) named above. If you are not the intended recipient, you are hereby notified that reading, copying, distributing or disclosure of this information is strictly prohibited and may be a violation of federal and/or state laws and regulations. The sender has not waived any applicable privilege by sending the accompanying information. If you received this information in error, please notify the sender immediately by phone at (888)357-9977 or (318)747-9977 and destroy the accompanying paper or electronic documents.

30000820175A

Jun. 29. 2018 10:35AM        No. 9044   P. 2/10



**PATIENT CARE REPORT**
Jackson Parish Ambulance Service District
115 Watts Street • Jonesboro, LA 71251
Office: 318-259-2877  Fax: 318-259-2099

Audit: _____
Call #: 882017-5
C___ NC ___
Non-Resident ✱

### PATIENT DATA

Patient Last Name: Carles    First Name: Jone    Middle: D

SSN: 434657854   DOB: 3-26-75   Race: W   Sex: M   Phone: 318 257 9202

Minor Guardian Name: _____ SSN: _____ DOB: _____ Phone: _____

Physical Address: 5125 Hwy 501   City: Winnfield   State: A   Zip: 71483
Sheriff Office
Mailing Address: PO Box 950   City: Winnfield   State: LA   Zip: 71483

Winn Parish Police entry        Winnfield LA
Primary Insurance:    Policy: PO Box 951    Group: 71483

Insured Name: _____ DOB: _____ Relationship: _____

Secondary Insurance: _____ Policy: _____ Group: _____

Insured Name: _____ DOB: _____ Relationship: _____
Is this a Work Comp Claim? [ ]YES [✗]NO   Prior Authorization #: _____

### CALL DETAIL   CREW: TC   UNIT: T2   [✗]911/equivalent   [ ]DOA   [ ]LERN CONTACTED

Dispatch Date: 8-30-17   Signal/Nature: 21      Loaded Miles: 5

Dispatch Time: 1858   Enroute: 1900   On Scene: 1930   Leave Scene: 1941   At Destination: 1943

Origin Name: Winn Court House Jail   Sending Physician: _____

Address: 119 W Main St    City: Winnfield   State: LA   Zip: 71483

Destination Name: WFMC    Receiving Physician: I Ke Ugochu

Address: 301 W Bundry    City: Winnfield   State: LA   Zip: 71483

Attendant: Kay Caldwell   Signature: Kay Caldwell   Cert# M8046663

Driver: _____   Signature: _____   Cert#: E168043

Jun. 29. 2018 10:36AM                                                    No. 9044   P. 3/10

## SIGNATURE PAGE

**Billing Authorization/Privacy Practices Acknowledgment:** I request that payment of authorized Medicare, Medicaid, or any other insurance benefits be made on my behalf to Jackson Parish Ambulance Service District (JPASD) for any services provided to me by JPASD now, in the past, or in the future. I understand that I am financially responsible for the services and supplies provided to me by JPASD, regardless of my insurance coverage, and in some cases, may be responsible for an amount in addition to that which was paid by my insurance. I agree to immediately remit to JPASD any payments that I receive directly from insurance or any source whatsoever for the services provided to me and I assign all rights to such payments to JPASD. I authorized JPASD to appeal payment denials or other adverse decision on my behalf without further authorization. I authorize and direct any holder of medical information other relevant documentation about me to release such information to JPASD and its billing agents, the Centers for Medicare and Medicaid Services, and/or any other payer or insurer, and their respective agents or contractors, as may be necessary to determine these or other benefits payable for any services provided to me by JPASD, no, in the past, or in the future. A copy of this form is as valid as an original.  Also acknowledge that I have received JPASDs Notice of Privacy Practice.

Signatures:

* **Date Signed** 8.20.17 ____ **Patient Signature:** _____

Unable to sign (Reason): _____ Inmate _____

(Mark box that applies) ☒ ⟋ Jordan        Printed Name: C L JORDAN

[ ] Legal Guardian

[ ] Medical Power of Attorney

[ ] Relative/other person who receives benefits on behalf of the patient

[ ] Relative/other person who arranges treatments or handles the patient's affairs

[X] Representative of an agency or institution that provided care, services, or assistance to the patient

If the patient is mentally or physically incapable of signing, and no authorized representative was available or willing to sign on behalf of the patient at the time of service: **MUST ATTACH FACESHEET**

EMS Signature: _____   Reason unable to sign: _____

_____   Printed Name: _____

**Patient Refusal of Treatment:** Treatment Refused: _____

**Refused Transport to Recommended Facility:** _____

By signing below, I understand that I am going against the recommendation of the EMT/Paramedic which is not a replacement for a physician and who can not make a diagnosis. I understand that my decision may delay needed care. I agree to release, indemnify and hold harmless the ambulance service and its officers, members, employees or other agents, and the medical command physician/facility, from any and all claims, actions, cause of action, damages, or legal liabilities of any kind arising out of my decision, or from any act or omission of the ambulance service or its crew, or the medical command physician/facility.

**Patient Signature:** _____      Date: _____   Time: _____

**Patient Belongings:** [✓] NONE   [ ] Left with/on patient

[ ] purse/wallet [ ] keys [ ] meds [ ] pillow [ ] blanket [ ] teeth [ ] glasses [ ] hearing aid [ ] paperwork [ ] jewelry

[ ] other: _____

**Patient and Belongings Received by:**

Print Name: Sabrina Wilson, RN       Signature: _____

**NARCOTICS** [ ] Protocol [ ] Ordering MD: _____   **Signature:** _____

Drug Name: _____   Dose: _____   Route: _____   Time: _____

Wasted Amt: _____   Time: _____   Witness(Sign) _____   (print) _____

LOT# _____   Make copy of run report.

Jun. 29. 2018 10:37AM                                        No. 9044   P. 4/10.

## PATIENT HISTORY

**PCP:** None

**Allergies:** [ ]Denies []NKDA

**Pts C/C:** Fell out of the shower

**Signs/Symptoms:** Pain tailbone, Pain ® leg @ groin, ↑HR

**PMH:** [ ]Afib [ ]Alzheimer's [ ]Anemia [ ]Amputation _____ [ ]Angina [ ]Aphasia [ ]Asthma [ ]Ataxia
[ ]Cardiac _____ [ ]Cardiac Arrest [ ]CHF [ ]Contractures [ ]COPD [ ]CVA
[ ]Dementia [ ]DM [ ]Dysphagia [ ]Dysplasia []ESRD [ ]Foley [ ]GERD [ ]GI Bleed [ ]HTN [ ]Muscle Disuse
[ ]Pacemaker [ ]Paralysis [ ]Paresis [ ]Plegia [ ]Peg [ ] Resp Failure [ ] Seizure (USE BACK IF YOU NEED MORE SPACE)
[ ]Surgical _____ [ ]Other _____

**CURRENT MEDS:** None

(USE BACK IF YOU NEED MORE SPACE)

## ASSESSMENT   []ALS  [ ]BLS   TIME 1940   Height: 62   Weight: 190
*[Be descriptive of abnormalities, signs, symptoms]*

Mental Status: CAO
Skin: Cool - dry
HEENT: _____
Chest: Clear
ABD: Soft
Pelvis/GI/GU: Stable   pain groin ® side
Back: Clear
Arms: PMSx3   numbness in fingers
Legs: PMSx3
Neurological: WNL
Pregnancy: N/A   G: _____ P: _____ Weeks: _____
Decub. Ulcer: Location: _____ Stage: _____ Location: _____ Stage: _____
Location: _____ Stage: _____ Location: _____ Stage: _____

## VITAL SIGNS   GCS: 

| | Eye Opening | Verbal Response | Motor Response |
|---|---|---|---|
| | 4 Spontaneously | 5 Oriented | 6 Obeys Commands |
| | 3 To command | 4 Confused | 5 Localizes pain |
| | 2 To pain | 3 Inappropriate words | 4 Withdraws from pain |
| | 1 No response | 2 Incomprehensible | 3 Flexion |
| | | 1 No response | 2 Extension |
| | | | 1 No response |

Time: 1940 B/P: 131/83  P: 110 R: 16 SPO2: 99 BG: _____ T: _____ Pain: 6 GCS 4 5 6 (15)
Time: 1943 B/P: 131/80  P: 109 R: 16 SPO2: 100 BG: _____ T: _____ Pain: 6 GCS 4 5 6 (15)
Time: _____ B/P: _____ P: _____ R: _____ SPO2: _____ BG: _____ T: _____ Pain: _____ GCS / / ( )

Jun. 29. 2018 10:38AM                                          No. 9044   P. 5/10

Pain to Rt bone (R leg) fracture

## Treatments /Interventions/Diagnostics Tools   (if additional space is needed - please attached treatment sheet)

| Time: | Type: | Reason: | Outcome: |
|---|---|---|---|
| 1940 | ACS Assessment | establish baseline | Fall from shower |
| 1925 | C-Coller | Fall | + |
| 1940 | Vitals | monitoring | ↑ HR |
| 1941 | eks 4 lead | monitoring | Sinus tach |
| 1043 | Vitals | monitoring | ↑ HR |
| Time: | Type: | Reason: | Outcome: |
| Time: | Type: | Reason: | Outcome: |
| Time: | Type: | Reason: | Outcome: |

## Medically Necessity –

.(MUST BE COMPLETED ON EVERY CALL) (Please complete the section that applies to your patient)

[ ] Bed Confinement Status
    [ ] Unable to get up from bed without assistance (Reason: _____ )
    [ ] Unable to ambulate                    (Reason: _____ )
    [ ] Unable to sit in a chair/wheelchair   (Reason: _____ )

[ ] Need for Continuous Supervision (if cardiac monitoring – attach EKG to back page)
    What did you monitor? [X] Hemodynamic [X] Cardiac [ ] IV [ ] SP O2 [ ] CBG [X] PT Positioning [ ] Neuro
    Other: _____

[ ] Physical Restraint Status
    [ ] Patient was/potential for self-harm and/or danger to others (Why: _____ )
    [ ] Patient is/potential for flight risk (Why: _____ )

[ ] Dependence on Other Enabling Machines or Devices
    [ ] IV Fluids
    [ ] Oxygen secondary to [ ] Hypoxia [ ] Other _____ )
    [ ] BIPAP [ ] CPAP [ ] Ventilator [ ] LVAD [ ] SIMV [ ] Other _____

Jun. 29. 2018 10:38AM                                                No. 9044   P. 6/10

| MVA | [ ] Driver [ ] Passenger [ ] Pedestrian | [ ]Single Car [ ] Multi-car | [ ] ATV [ ] Motorcycle |
|---|---|---|---|
| FALL | [X] Slip/trip/stumble [ ] Bed [ ] Toilet [ ] WC    Shower | [ ] Other | [ ] Ht of fall: |
| Restraints Chemical | Physical: [ ] Arm [ ]Leg [ ] Vest   [ ] Other  List Meds: | | |
| Bed Confined | Before Transport was pt bed confined? | YES or NO   After Transport was pt bed confined?   Yes or (No) | |

**NOTE:**
All 3 conditions must be met in order for patient to be bed confined

Unable to get up from bed without assistance; Unable to ambulate; and Unable to sit in a chair/wheelchair

**Hospital to Hospital Transfer Reason** (Be specific-List physician, test, procedure that is not available at the sending facility)

| Stretcher Reason (mark all that apply) | [ ] Airway Control [ ]AMS [ ]Bed Bound [X]Cardiac Monitoring [ ]Chemical Restraint [ ] Coccyx Demb 3+ [ ]Danger to self/others [ ]Fall Risk [ ] Fetal Contractures [ ] Flight Risk [ ]Fracture [X]Hemodynamic Monitoring [ ]Isolation [ ]Pain7+ [ ] Oxygen Therapy [ ]Patient Safety [ ] Spinal Immobilization [ ] Other: |
|---|---|

**NARRATIVE**        *(Be very descriptive. Document your call from time of dispatch to transfer of care)*

WPSO called with Signal 21 @ the jail (Inmate)
Pt is a 42yr W/M pt was found supine
on the floor outside of the shower. Pt
says his flip flop hung in the grate
and he fell out of the shower backwards
landing on his butt. Pt complains of pain
in his tailbone and low back. pain in Oleg
Opain and numbness in his fin in both hands
© collar placed on pt, pt was log rolled
onto scd man picked up and carried down
3 flights of stairs to the stretcher
and secured. ALS assessment performed
vitals taken and noted. BP 131/83  HR 100
Resp16  Sat 99  pain to tailbone.  BCS ___
ECG sinus tach. pt was monitored
enroute to WPMC. No incidents or changes
Pt report called to Sabrina  pt's care
was left with ER nursing staff WPMC
ER Rm 3

KC
M80 46665

Jun. 29. 2018 10:39AM                                        No. 9044  P. 7/10

## Certification of Ambulance Transportation

| Recipient Name | Jane Carter | Origin | Winfield LA 7483 Jail |
| Caid Number | | Destination | Winnpos Court House |
| Date of Transport | 8-20-17 | Address | WPMC 301 W band Winnfield LA 71483 |

119 Main St

### Section I (To be completed by MD/PA/NP/CNS/RN/DON)

Patient requires the level of medical transportation noted below:

**Emergency Ambulance:** Pts medical condition requires immediate transport and may require medical treatment en route. *Describe the medical condition of the patient which requires this type of transport:*

Fall

**Non-Emergency Ambulance:** The pt is bed-confined(i.e., unable to get up from bed without assistance, unable to ambulate, and unable to sit in chair/wheelchair, and requires non-emergency ambulance transport, either scheduled or unscheduled, or the pt may require some simple medical care en route, but is stable and is not likely to require the attendance of an EMT. *Describe the medical condition of the patient which requires this type of transport:*

**Non-Emergency Ambulance:** Patient will require transportation _____ times a week during the months of _____ , (yr) _____ to received (dialysis, radiology, physical therapy). (Dialysis can be authorized for 2 consecutive months).

**Non-Ambulance, Non-Emergency:** Patient is stable, not expected to require any medical attention en route, is ambulatory or wheelchair bound, and can be transported in an automobile or van.

### Section II: Patient transported to the above named facility for the following reason:

| Nearest Facility | |
| Preference of Physician | |
| The patient needs services available there: (List | ) |
| Other (describe | ) |

### Section III: (To be completed by the treating MD/PA/NP/CNS/RN/DON)

Note to medical professional: Signing this certification indicates that, in your professional judgment, transportation of the above named patient was necessary based on the patient's condition and in accordance with the statements in Section I above. Payment and satisfaction of this claim will be from federal and state funds; any false claims, statements, documents, or concealment of a material fact may be prosecuted under applicable federal or state laws.

| I have read the above certification and I have read and understand the instructions | |
| I agree with the determination | |
| I disagree with the determination for the following reasons: | |

| *Signature of MD/PA/NP/CNS/RN/DON* | S. Kuhlmann, RW | 8-20-17 |
| | *Printed Name/Title* | *Date* |

| *Signature of EMT* | *Printed Name* Jackson | Nat'l EMT # E169083 | *Date* 8-28-17 |
| *Signature of EMT* Caldwell | *Printed Name* Ka Caldwell | Nat'l EMT # M046063 | *Date* 8-20-17 |

Jackson Parish Ambulance Service District                    Office: (318)-259-2891
115 Watts Street * Jonesboro, LA 71251                        Fax:    (318)-259-2099

Jun. 29. 2018 10:40AM                                          No. 9044   P. 8/10



# Jackson Parish Ambulance Service District
115 Watts Street
Jonesboro, LA 71251
Office: (318)-259-2891
Fax: (318)-259-2099

## Medicare Transport Request Form

Patient Name: _____        [ ] Appointment [ ] Transfer [ ] Discharge

Reason for Appointment (Diagnosis/Medical Condition) _____

Reason for Transfer: [ ] Cardiologist [ ] Nephrologist [ ] Orthopedic [ ] Surgeon [ ] Psychologist [ ] Dialysis [ ] Rehab [ ] Oncologist
[ ]Other (List test/specialist not available): _____

Reason this patient can only go by stretcher or ambulance:  (MARK ALL THAT APPLY)

Stretcher Reason: _____

| | |
|---|---|
| [ ] Restraints    [ ]Wrist[]Vest[]Arm[]Leg | [ ] Chemical Restraint (List Med(s): |
| [ ] Danger to self/others | [ ] Fall Risk (posture instability, unable to balance or position self) |
| [ ] Oxygen Administration | [ ] Cardiac Monitoring |
| [ ] Vent Monitoring | [ ] Positioning |
| [ ] Airway Monitoring | [ ] Suctioning |
| [ ] Rigid Extremity (List: | [ ] Contractures  []Fetal []List Others: |
| [ ] Spinal Immobilization | [ ] Fracture    []Hip []Skull [[Femur [Trib/Fib []Spinal    Date of Fx: |
| [ ].Obesity (Weight: | [ ] Isolation (Illness: |
| [ ] Paresis         [ ] Hemiparesis | [ ] Paraparesis        [ ] Monoparesis        [ ] Quadriparesis |
| [ ] Plegia         [ ] Hemiplegia | [ ] Paraplegia        [ ] Monoplegia        [ ] Quadriparaplegia |
| [ ] Decub Ulcer      [] Sacrum [] Back [] Coccyx [] Back        Ulcer Stage: | |

Is this patient bed bound as defined by CMS:  That is:  Is this patient unable to get up from bed without assistance, unable to ambulate without assistance, and unable to sit in a chair/wheelchair without restraints. [ ] YES   [ ] NO

Can this patient be transported safely by any other means without a medical attendant? [ ] YES  [ ] NO

PEG TUBE: [ ]No Qualified personnel to insert [ ] Number of times attempted to unclogged or re-insert _____

Physician Signature: _____ Date: _____ Physician (print): _____    NOTES:
(RN, NP, Discharge Planner may sign only if MD is unavailable)    (If this is a pre-scheduled appointment, the PCP must sign form)

ATTACH EKG STRIP TO THIS PAGE:



Jun. 29. 2018 10:41AM                                          No. 9044    P. 10/10

# WINN PARISH JAIL

Booking Sheet: WPJ0000020111                                          Page: 1

ID #: 2013060061
Name: CARTER, LANE DANIEL
Address: 6126 HIGHWAY 501
        WINNFIELD, LA 714830000
Phone(Home/Business): (318) 727-9202      (318) 000-0000

| | | |
|---|---|---|
| DOB: 3/26/1975 | Age: 42 YRS | Height: 6-1 |
| Race: W | Sex: M | Weight: 190 |
| Eyes: GRN | Ethnicity: U | Appearance: 10 |
| Hair: BLD | Resident: N | Build: 2 |
| Scars/Marks/Tattoos: | Complexion: LGT | Birth Place: NATCHITOCHES        LA |
| Employer: | FBI ID: | IdentA: |
| SSN: 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 | DL No.: 005890376 | LA  State ID: |

Booking Date: 07/13/17  Time: 15:08          Transfer(Y/N)?          Facility: WPJ
Arrest Date: 07/13/17  Time: 15:08           Booking Officer: 2014020039  HANNEGAN, PAUL
Arresting Agency: WPSO                        Cell Assignment: 3
Officer: 2012030071  FANNIN, KELLY           Status: PRES      Class: PARISH
Location:                                      Hold Reason: ARREST  Court Date:
        Winnfield                    La       Holding For:
Searched By: VINES             Phone Call:     Sentence Date:    / /
CLOTHING: Y         NCIC:        DNA:          Scheduled Release:    / /   0:00
   METAL:     WARRANT:                         Probation Off./Atty.:
   PAT: Y     PRINTS:                          Bondsman:
   STRIP: Y   PHOTO: Y                         Supplemental To:
   CAVITY:    AFIS: Y                          Drug Screen:

Cash:     $100.00  Vehicle Information:
Vehicle Location:
Property Description:                          Property Location: BIN-6
PANTS 2 SHIRTS------- SHARPIE PEN- WATCH 2 RINGS KEYS -- MONEY - IN SAFE

## OFFENSES

| Seq.No. Code;  Statute (RSA)  Reference Number:  Notes: | Description:  Incident Number | Warrant Number | Court  Fel/Misd | Bond Amt:  Fine Amount: | Bond Type: |
|---|---|---|---|---|---|
| 1  DI2  40:967(A) | DISTRIBUTION OF SCHEDULE II DRUGS | | 8TH  F | 0.00  0.00 | |
| 2  DI2  40:967(A) | DISTRIBUTION OF SCHEDULE II DRUGS | | 8TH  F | 0.00  0.00 | |

## JAIL PROPERTY ISSUED

| Item Code/Description:  Date/Time:    Issued by: | Serial No:  Condition:  Quantity: | Inventory No.:  Cost:    Total Cost: |
|---|---|---|
| MATT SHEETS BLANKET CUP SPORK  07/13/2017  15:18  2014020039 | 0 | 0.00    0.00 |