UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

LANE CARTER                                    CIVIL ACTION NO: 3:18-CV-00068
   LA. DOC #15199

VERSUS                                         SECTION P

                                               JUDGE TERRY A. DOUGHTY

JACQUE DERR, ET AL                             MAGISTRATE JUDGE KAREN L. HAYES


## ORDER

Considering the foregoing Motion For Leave to Seal Documents, it is:

ORDERED that Defendants, LASALLE CORRECTIONS, LLC AND SHERIFF ANDY

BROWN, SHERIFF OF JACKSON PARISH, be granted leave to have the following exhibits sealed:

1.    Lane Carter Condensed Deposition dated September 20, 2018 [Exhibit 1];

2.    Jackson Parish Correctional Center Medical Records [Exhibit 2];

3.    Jackson Parish Hospital Medical Records [Exhibit 3];

4.    Winn Parish Medical Center Medical Records [Exhibit 4]; and,

5.    University Health-Shreveport Medical Records [Exhibit 5].

THUS DONE AND SIGNED this _____7th_____ day of December 2018, in Monroe,

Louisiana.

_____
   HONORABLE KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE