**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **LANE CARTER**<br>　**LA. DOC #15199** | **CIVIL ACTION NO: 3:18-CV-00068** |
| **VERSUS** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **JACQUE DERR, ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**ORDER**

Considering the Third Motion for Summary Judgment, it is:

ORDERED, ADJUDGED, and DECREED that Defendants, LaSalle Corrections, LLC and Sheriff Andy Brown, Sheriff of Jackson Parish, be granted summary judgment, dismissing, with full prejudice, all claims and causes of action filed by Lane Carter, at plaintiff's costs.

THUS DONE AND SIGNED this _____ day of _____, 2018, at Monroe, Louisiana.

_____
**HONORABLE KAREN L. HAYES**
**UNITED STATES MAGISTRATE JUDGE**