# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

LANE CARTER                                         CIVIL ACTION NO. 18-0068

                                                    SECTION P

VERSUS

                                                    JUDGE TERRY A. DOUGHTY

JACQUE DERR, ET AL.                                 MAG. JUDGE KAREN L. HAYES

### ORDER

Upon consideration,

**IT IS ORDERED** that Plaintiff Lane Carter's motion for an extension of time to file objections to the Report and Recommendation [Doc. No. 81] is GRANTED.  Plaintiff has until July 17, 2019, to place his objections in the prison mailing system.

MONROE, LOUISIANA, this 2nd day of July, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE