RECEIVED

JUL 1 1 2019

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Lane Carter                    18-0068
        V.                     Section P
Jacque Derr, Et Al.            Judge Doughty
                               Mag. Judge Hayes


Response to R & R dated 6/19/19

I do not know if any discrepencies in the medical section are relevant, but on page 21, when medications are being discussed, it is wrong. At University Health, after evaluating my pain, the E/R doctor told me he wanted to give me something akin to Lortab, as well as muscle relaxers, and something for nerve pain, but was under instruction from JPCC that Ibuprofen and/or Tylenol would be the only medications I could have because the facility did not recognize the medications he wanted me to have. The Tylenol/Ibuprofen did not alleviate my pain, but it was all I was allowed to have

        I object to the ruling of delayed medical care, particularly concerning the physical therapy. It was referred/ordered by the University Health staff @ my October visit, actually being listed on my discharge papers above the neuro reference, and was asked about it each time I went back to University Health, yet never received it, and a family member was told by the nursing staff @ JPCC that there was no reference or order for such. The facility had no form of in house therapy or even an area where I could try to help myself get back on my feet, or at least from wheelchair to crutches or another mobility aid. Due to

this, I've been unable to regain my footing in any way, and now have to deal with the fact that upon my release I have to seek out this therapy and see if it is still a viable option, or if different avenues will need to be sought out. After 9 months of being injured, no treatment was ever provided, in any way, and then any medical attention stopped. As a newly released person from jail I'll be dependant ~~and~~ on the State and Medicaid to help me get back to the physical condition I was in before my accident.

Also, my E/R visit to the Jackson Parish Hospital is not mentioned, where the x-rays and exams performed necessitated, in the attending doctors opinion, immediate follow up care, which he stressed to the deputy (Charlie Smith) who transported me, and in follow up conversations with the JPCC nursing staff. The follow up care he made clear I needed never came. Only after my fall at JPCC did I get any further attention.

I don't know if the following has any bearing but when I would be seen @ University Health, I was never allowed to tell them my symptoms, if anything had changed, or if anything else was going on. I was told each time the jail had forwarded all the info that was needed each time. I find this disturbing since I honestly can't tell you when JPCC would have been able to get this info from me since I was not seen about these things after my October hospital visit.

I'm still unsure of why, if nothing was coming of the very sporadic doctor visits to University Health, alternative medical attention

could not be made possible. I didn't ask for the best care possible, only effective care.

Concerning the use of the law library @ JPCC, to clarify, I was never denied info relating to any criminal law matter, only info I requested concerning civil law, and the law related to any case material similar to this civil action. While I am extremely flattered, sincerely, that the court thinks my motions and responses are substantial and well reasoned, I do not have any legal education and think I could have presented my case better and stronger with research and reference, not to mention the fact that I don't understand lots of things I read from the court and defendants, and am not familiar with things that have been cited by same, and have no way to get the knowledge I need to learn or have some exposure to this stuff. If the court disagrees and is confident that I've presented my case thoroughly however, then I feel I must object to that.

Respectfully submitted,

Lane Carter #4656686
BDCC
1455 Bravo Blvd.
Minden, LA 71055