# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| LANE CARTER | * | CIVIL ACTION NO. 18-0068<br>Section P |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| JACQUE DERR, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for summary judgment [doc. # 49] filed by defendant, the Winn Parish Police Jury, is **GRANTED**, and that plaintiff's claims against said defendant are **DISMISSED, WITH PREJUDICE**, in their entirety.

**IT IS FURTHER ORDERED** that the motion for summary judgment [doc. # 59] filed by defendant, Cranford Jordan, is hereby **GRANTED-IN-PART**, and that plaintiff's state law claim under Article I, § 12 of the Louisiana Constitution, plus all of his federal law claims against said defendant, in his individual and official capacities, including, but not necessarily limited to, his claims for inadequate/delayed medical care, conditions of confinement (including denial of access to courts), supervisory liability, failure to train, and *Monell* liability are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the motion for summary judgment [doc. # 64] filed

by defendants, Andy Brown and LaSalle Corrections, is **GRANTED-IN-PART** and that plaintiff's claims against LaSalle Corrections are **DISMISSED, WITH PREJUDICE**, in their entirety, and that plaintiff's state law claim under Article I, § 12 of the Louisiana Constitution, plus all of his 42 U.S.C. § 1983 claims against Andy Brown, in his individual and official capacities, including, but not necessarily limited to, his claims for inadequate/delayed medical care, conditions of confinement (including denial of access to courts), supervisory liability, failure to train, and *Monell* liability are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motions for summary judgment [doc. # 59 & 64] otherwise are **DENIED**, i.e., as to plaintiff's state law tort claims against both Sheriffs Jordan and Brown, in their official capacities, and as to his claims under the ADA and Article I, § 12 of the Louisiana Constitution against Sheriff Brown, in his official capacity.

MONROE, Louisiana, this 12TH day of July, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE