# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| **LANE CARTER** | : | **CIVIL ACTION NO.   3:18-0068**<br>**SEC. P** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **JACQUE DERR, ET AL.** | : | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

**IT IS ORDERED** that the matter is referred to the assigned magistrate judge to hold an evidentiary hearing on the merits (to include all witnesses and evidence to be presented by all parties), and thereafter, to issue findings to the Court, via report and recommendation.

MONROE, LOUISIANA, this 27th day of August, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE