# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| LANE CARTER | CIVIL ACTION |
| VERSUS | 18-0068, SECTION P |
| JACQUE DERR, *ET AL.* | JUDGE TERRY A. DOUGHTY |
| | MAG. JUDGE KAREN L. HAYES |

## ORDER

Having duly considered the *Motion to Enroll,*

IT IS HEREBY ORDERED that the motion is GRANTED. Casey Denson and Kenneth Bordes are to be enrolled as counsel of record for Plaintiff in the above entitled and numbered case.

Monroe, Louisiana, this 3rd day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF LOUISIANA