**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | | |
|---|---|---|
| **LANE CARTER** | * | **CIVIL ACTION NO.   18-0068**<br>**Section P** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **JACQUE DERR, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## O R D E R

Before the undersigned magistrate judge, on reference from the District Court, is plaintiff Lane Carter's compound motion to reset the evidentiary hearing date and to reopen discovery. [doc. # 90].   The motion to reset/continue the hearing/trial is unopposed, whereas the request to reopen discovery is contested.   Upon consideration,

IT IS ORDERED that the motion to reset [doc. # 90] the October 15 evidentiary hearing is hereby GRANTED.   The hearing/trial setting is continued, without date.   The matter will be reset once the court resolves the discovery component of plaintiff's compound motion.

In Chambers, at Monroe, Louisiana, this 13th day of September 2019.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE