**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

LANE CARTER                                           CASE NO. 3:18-CV-00068 SEC. P

VERSUS                                                JUDGE TERRY A. DOUGHTY

JACQUE DERR, ET AL.                                   MAG. JUDGE KAREN L. HAYES

**O R D E R**

Before the court is a motion to reopen discovery [doc. # 90] filed by plaintiff Lane Carter.  By this motion, plaintiff seeks to reopen discovery because he recently was released from custody, and now is represented by counsel.  Previously, plaintiff was unrepresented, incarcerated, and because of his lack of legal knowledge, was unable to participate in meaningful discovery or to obtain pertinent medical treatment.  Although defendants nominally oppose the motion, *see* certificate of conferral, they did not file a formal opposition or otherwise advance a material argument against the motion, and the time to do so has lapsed.  *See* Notice of Motion Setting [doc. # 91].

Upon consideration, the court finds that there is good cause for modifying the schedule and reopening discovery as to all parties.  Fed.R.Civ.P. 16(b)(4).  It is also only fair that the dispositive motion deadline be reopened, together with the deadline to amend pleadings and add parties.  The court will issue a scheduling order, in accordance herewith.  Accordingly,

IT IS ORDERED that plaintiff's motion to reopen discovery [doc. # 90] is GRANTED.[1]

In Chambers, Monroe, Louisiana, this 9th day of October 2019.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE

---

[1] As this motion is not excepted within 28 U.S.C. § 636(b)(1)(A), nor dispositive of any claim on the merits within the meaning of Rule 72 of the Federal Rules of Civil Procedure, this order is issued under the authority thereof, and in accordance with the standing order of this court.  Any appeal must be made to the district judge in accordance with Rule 72(a) and LR 74.1(W).