# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| LANE CARTER | CIVIL ACTION |
| VERSUS | 18-0068, SECTION P |
| JACQUE DERR, *ET AL.* | JUDGE TERRY A. DOUGHTY |
| | MAG. JUDGE KAREN L. HAYES |

## ORDER

Considering the foregoing *Motion for Leave* filed by Plaintiff,

**IT IS HEREBY ORDERED THAT** the Plaintiff's Motion for Leave to file their Amended Complaint is GRANTED.

**IT IS FURTHER ORDERED THAT** the Plaintiff's *Fourth Amended Complaint*

**BE AND HEREBY IS RECEIVED INTO THE RECORD** of the above-captioned litigation.

ORDERED in Monroe, Louisiana, this _18th_ day of November, 2019.

**MAGISTRATE JUDGE   JUDGE KAREN L. HAYES**