# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **LANE CARTER** | **CIVIL ACTION NO. 18-0068** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **JACQUE DERR, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

Upon consideration,

**IT IS ORDERED** that Defendants' Expedited Motion for Extension of Time to Respond to Plaintiff's Opposed Motion for Leave to File a Fifth Amended Complaint and Plaintiff's Opposed Motion for Reconsideration of the Order for Summary Judgment [Doc. No. 103] is **GRANTED**.  Defendants have until February 11, 2020, to respond to both motions.  *See* [Doc. Nos. 98 & 99].  If Plaintiff wishes to file reply memoranda, he must do so within seven (7) days of the date the opposition memoranda are filed.

MONROE, LOUISIANA, this 4th day of February, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE