**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**LANE CARTER**                                          **CIVIL ACTION 3:18-CV0068**
    **LA. DOC # 15199**                               **SECTION P**

**VERSUS**                                               **JUDGE TERRY A. DOUGHTY**

**JACQUE DERR, ET AL**                                   **MAG. JUDGE KAREN L. HAYES**

## ORDER

Considering the foregoing Motion for Leave to File Sur-Reply Memorandum in Response to Plaintiff's Reply Memorandum in Support of Motion for Reconsideration [Doc. No. 109],

**IT IS ORDERED** that the motion is **GRANTED**, and the Sur-Reply be filed into the record.

Monroe, Louisiana, this 18th day of February, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE