# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| LANE CARTER | CIVIL ACTION |
| VERSUS | 18-0068, SECTION P |
| JACQUE DERR, *ET AL.* | JUDGE TERRY A. DOUGHTY |
| | MAG. JUDGE KAREN L. HAYES |

## ORDER ON MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Having duly considered Plaintiff's Motion to for Leave to File a Fifth Amended Complaint, and the Proposed Fifth Amended Complaint, IT IS HEREBY ORDERED that the Motion is GRANTED.  Plaintiff's Fifth Amended Complaint filed on January 13, 2020 shall be accepted for filing.

Monroe, Louisiana, this 19th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF LOUISIANA