# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **LANE CARTER** | * | **CIVIL ACTION NO. 18-0068** |
| *Plaintiff* | * | |
| | * | **SECTION "P"** |
| **VERSUS** | * | |
| | * | **JUDGE TERRY A. DOUGHTY** |
| | * | |
| **JACQUE DERR, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered the foregoing Motion for Extension of Discovery Deadlines:

**IT IS ORDERED** that the motion be, and hereby is, **GRANTED**. The Scheduling Order of October 10, 2019 (Rec. Doc. No. 94). is hereby modified as follows:

| | |
|---|---|
| April 06, 2020 | Plaintiff identifies experts to opposing party. |
| April 13, 2020 | Plaintiff's expert reports delivered to defendant. |
| April 20, 2020 | Defendants identify experts to opposing party. |
| April 27, 2020 | Defendant's expert reports delivered to plaintiff. |
| April 27, 2020 | Deadline for filing motions to compel. |
| May 25, 2020 | Unless deposed earlier, experts must be available for depositions during the two weeks before this date. |
| June 05, 2020 | Discovery completion deadline. |

Monroe, Louisiana, this, the 28th day of February, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**
**Western District of Louisiana**