**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| LANE CARTER | CIVIL ACTION |
| VERSUS | 18-0068, SECTION P |
| JACQUE DERR, *ET AL.* | JUDGE TERRY A. DOUGHTY |
| | MAG. JUDGE KAREN L. HAYES |

## ORDER ON MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Having duly considered Plaintiff's Unopposed Motion to for Leave to File a Sixth Amended Complaint, and the Proposed Sixth Amended Complaint, IT IS HEREBY ORDERED that the Motion is GRANTED.  Plaintiff's Sixth Amended Complaint filed on March 5, 2020 shall be accepted for filing.

Monroe, Louisiana, this 6th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF LOUISIANA