# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

LANE CARTER                                         CASE NO. 3:18-CV-00068

VERSUS                                              JUDGE TERRY A. DOUGHTY

JACQUE DERR, ET AL.                                 MAG. JUDGE KAREN L. HAYES

### O R D E R

Pending before the court is plaintiff's motion to compel discovery responses and associated request for fees and costs.  [doc. # 124].

Federal Rule of Civil Procedure 37(a)(1) provides:

> [o]n notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery.  The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure of discovery in an effort to obtain it without court action.

IT IS ORDERED that plaintiff and defendants must confer as required by Federal Rule 37(a)(1).  To the extent that the parties have previously conferred in an attempt to resolve this matter, a further conference is warranted.

IT IS FURTHER ORDERED that movant file into the record in this matter a supplemental certification regarding the pending motion on or before **Monday, March 30, 2020**. The supplemental certification shall specifically set forth (1) how the conference required by this Notice and Order was scheduled and agreed upon, (2) who participated in the conference, (3) when the conference took place, (4) whether the conference was conducted by phone or in person, (5) the duration of the conference, (6) the specific, itemized topics that were addressed at the conference, and (7) whether any issues were resolved by the parties, and, if so, the terms of the resolution.  If the conference required by this Notice and Order completely resolves the

pending motion, the movant shall file a Motion to Withdraw such motion no later than **March 30, 2020**.

The movant is hereby NOTIFIED that the court will not consider the pending motion until the required supplemental certification is filed into the record.  Notwithstanding the fact that the parties have sought court intervention, the court remains confident that an additional conference will enable the parties to resolve many, if not all, of the issues raised in the motion.

In Chambers, at Monroe, Louisiana, on this **16th day of March, 2020**.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE