# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

LANE CARTER                                          CASE NO. 3:18-CV-00068

VERSUS                                               JUDGE TERRY A. DOUGHTY

JACQUE DERR, ET AL.                                  MAG. JUDGE KAREN L. HAYES

## O R D E R

Pending before the court is plaintiff's motion to compel discovery responses and associated request for fees and costs.  [doc. # 124].  Pursuant to court order [doc. # 127], plaintiff, this date, filed a supplemental certification regarding discovery conferral [doc. # 132] whereby he represented that the parties had reached agreement regarding many of the issues raised by plaintiff's motion.  Accordingly, as to the remaining issues, including the request for fees and costs, defendant's response to the motion is due by April 9, 2020.  Any reply brief is due within seven (7) days thereafter.

IT IS SO ORDERED.

In Chambers, at Monroe, Louisiana, on this **30th day of March, 2020**.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE