**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **LANE CARTER** | **CIVIL ACTION NO: 3:18-CV-00068** |
| **LA. DOC #15199** | **SECTION P** |
| | |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| | |
| **JACQUE DERR, ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**ORDER**

Considering the foregoing motion;

IT IS HEREBY ORDERED that the EXPEDITED MOTION FOR EXTENSION OF TIME

TO RESPOND TO PLAINTIFF'S MOTION FOR SPOLIATION SANCTIONS is GRANTED and

that Defendant be given an extension of seven (7) days, or until Wednesday, April 8, 2020, to file

a response to that Motion.

THUS DONE AND SIGNED in Chambers, in Monroe, Louisiana, this _31st_ day of

___March___, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**