**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**LANE CARTER**                                    **CIVIL ACTION NO. 18-00068**

**VERSUS**                                         **SECTION P**

**JACQUE DERR, ET AL**                             **JUDGE TERRY A. DOUGHTY**

                                                   **MAG. JUDGE KAREN L. HAYES**

## ORDER

The foregoing Joint Motion for a Telephone Scheduling Conference for the Purpose of Obtaining a

New Hearing Date and Scheduling Order considered:

**IT IS HEREBY ORDERED** that a telephone scheduling conference is scheduled for

_____ at _____ for the purpose of granting a new hearing date and scheduling order.


        Monroe, Louisiana, this _____ day of _____, 2020.


                        _____
                                        JUDGE