**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**LANE CARTER**                                     **CIVIL ACTION NO. 18-00068**

**VERSUS**                                          **SECTION P**

**JACQUE DERR, ET AL**                              **JUDGE TERRY A. DOUGHTY**

                                                    **MAG. JUDGE KAREN L. HAYES**

## ORDER

The foregoing Joint Motion for a Telephone Scheduling Conference for the Purpose of Obtaining a

New Hearing Date and Scheduling Order considered:

**IT IS HEREBY ORDERED** that a telephone scheduling conference is scheduled for

__May 1, 2020__ at __10:00 a.m.__ for the purpose of granting a new hearing date and scheduling order.

Call in information is as follows: 1-888-363-4749; Pass code:  9082033#

Monroe, Louisiana, this __17th__ day of __April__, 2020.

_____
JUDGE