**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| LANE CARTER | CIVIL ACTION: 18-0068, SECTION P |
| VERSUS | |
| SHERRIFF ANDY BROWN, IN HIS OFFICIAL CAPACITY, | JUDGE TERRY A. DOUGHTY |
| SHERIFF CRANFORD JORDAN, IN HIS OFFICIAL CAPACITY | MAG. JUDGE KAREN L. HAYES |
| JACKSON CORRECTIONAL CENTER, LLC | |
| THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY | |
| LASALLE MANAGEMENT COMPANY, LLC | |

---

### JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

---

The Parties in this case, Plaintiff, Lane Carter, and Defendants, Sheriff Andy Brown, Sheriff Cranford Jordan, Jackson Correctional Center, LLC, LaSalle Management Company, LLC and The Princeton Excess and Surplus Lines Insurance Company move for entry of the Stipulated Protective Order which has been signed by counsel for all of the parties. pursuant to 45 CFR § 164.512(e) and Fed. R. Civ. P. 26(c), for entry of the attached Stipulated Protective Order limiting the use and disposition of the information and documents produced in the course of discovery in this action. The discovery that is likely to be sought in this action includes requests for sensitive information, some of which may be protected by the Health Insurance Portability and

Accountability Act, including requests for medical information of Plaintiff and non-parties to this action. As a result, the parties have jointly agreed to the attached Stipulated Protective Order, and request that the Court enter it in this case.

Pursuant to Local Rule 7.4.1, all Parties certified that they have conferred and agree to the relief requested herein.

Respectfully Submitted on this 8th day of June, 2020,

| **Plaintiff** | **Defendants** |
|---|---|
| /s/ Casey Denson<br>Casey Rose Denson, Esq.<br>Casey Denson Law, LLC<br>3436 Magazine Street, Unit #7005<br>New Orleans, LA 70115<br>Telephone: (504) 224-0110<br>E-mail: cdenson@caseydensonlaw.com | By: s/ Shane Bryant<br>Ronald Shane Bryant<br>Usry & Weeks (NO)<br>1615 Poydras Street, Suite 1250<br>New Orleans, LA 70112<br>P: 504/592-4600; F: 504.592-4641<br>sbryant@usryweeks.com |
| /s/ Kenneth Bordes<br>Kenneth Bordes, Esq.<br>Kenneth C. Bordes, Attorney at Law, LLC<br>2725 Lapeyrouse Street<br>New Orleans, LA 70119<br>Telephone: 504-588-2700<br>Email: kcb@kennethbordes.com<br>Attorneys for Plaintiff | By: s/ Brad Calvit<br>H. BRADFORD CALVIT (#18158)<br>bcalvit@provosty.com<br>ELI J. MEAUX (#33981)<br>emeaux@provosty.com<br>934 Third Street, Suite 800 (71301)<br>P. O. Box 13530<br>Alexandria, LA 71315-3530<br>P: 318/767-3133 F: 318/767-9650<br>ATTORNEYS FOR DEFENDANT,<br>SHERIFF ANDY BROWN |
| | By: s/ Jennifer P. McKay<br>Jennifer P. McKay, #26999<br>900 Market Street, Suite 300<br>Shreveport, Louisiana 71101<br>(318) 429-6770<br>Facsimile: (318) 429-6771<br><br>**COLVIN, SMITH, MCKAY & BAYS**<br>Attorneys for LaSalle Management Co. LLC,<br>Jackson Correctional Center, LLC, and<br>Princeton Excess and Surplus Lines Insurance<br>Company |