**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **LANE CARTER** | **CIVIL ACTION NO: 3:18-CV-00068** |
| **LA. DOC #15199** | |
| | |
| **VERSUS** | **SECTION P** |
| | |
| **JUDGE TERRY A. DOUGHTY** | |
| | |
| **JACQUE DERR, ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**ORDER**

Considering the foregoing Motion for Leave to Seal Documents, it is:

ORDERED that Defendants, LaSalle Management Company, L.L.C., Jackson Correctional

Center, LLC and Princeton Excess and Surplus Lines Insurance Company, be granted leave to

have the following exhibit sealed:

1.  Exhibit C attached to the Motion for Permission to set Plaintiff's Deposition.

THUS, DONE AND SIGNED this ___3rd___ day of ___August___ 2020, in

Monroe, Louisiana.

_____
**HONORABLE KAERN L. HAYES**
**UNITED STATES MAGISTRATE JUDGE**