# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **LANE CARTER** | * | **CIVIL ACTION NO. 18-0068** |
| *Plaintiff* | * | |
| | * | **SECTION "P"** |
| **VERSUS** | * | |
| | * | **JUDGE TERRY A. DOUGHTY** |
| | * | |
| **JACQUE DERR, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Considering the foregoing Motion to Substitute:

**IT IS ORDERED** that Defendants' Motion to Substitute their "Unopposed Motion to Set a Telephone Scheduling Conference for the Purpose of Obtaining a New Trial Date and Scheduling Order" for their previously filed Motion, Rec. Doc. No. 168, be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the attached "Unopposed Motion to Set a Telephone Scheduling Conference for the Purpose of Obtaining a New Trial Date and Scheduling Order" be and is hereby substituted for the previously filed Rec. Doc. No. 168.

In Monroe, Louisiana, this 6th day of August, 2020.

**HONORABLE KAREN L. HAYES**
**UNITED STATES MAGISTRATE JUDGE**