# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| LANE CARTER | CIVIL ACTION |
| VERSUS | 18-0068, SECTION P |
| JACQUE DERR, *ET AL.* | JUDGE TERRY A. DOUGHTY |
| | MAG. JUDGE KAREN L. HAYES |

## STIPULATED VOLUNTARY DISMISSAL

Plaintiff and Defendants (collectively, "the Parties"), have amicably resolved this suit, and by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, request that the Court dismiss this action with prejudice, with each party to pay its own costs and fees.

Respectfully submitted this 17th day of November, 2020.

/s/ Casey Denson_____
**Casey Rose Denson, Esq.**
Casey Denson Law, LLC
3436 Magazine Street, Unit #7005
New Orleans, LA 70115
Telephone: (504) 224-0110
E-mail: cdenson@caseydensonlaw.com
Attorney for Plaintiff

/s/ Kenneth Bordes_____
**Kenneth Bordes, Esq.**
Kenneth C. Bordes, Attorney at Law, LLC
2725 Lapeyrouse Street
New Orleans, LA 70119
Telephone: 504-588-2700
Email: kcb@kennethbordes.com
Attorney for Plaintiff

/s/ H. Bradford Calvit_____
**H. Bradford Calvit** (#18158)
Provosty, Sadler & deLaunay, APC
Eli J. Meaux (#33981)

934 Third Street, Suite 800 (71301)
P.O. Box 13530
Alexandria, LA 71315-3530
P: 318/767-3133 F: 318/767-9588
Bcalvit@Provosty.Com
emeaux@provosty.com
Attorneys for Defendant,
Sheriff Andy Brown

/s/ Shane Bryant
**Ronald Shane Bryant**
Usry & Weeks
1615 Poydras Street, Suite 1250
New Orleans, LA 70112
P: 504/592-4600; F: 504.592-4641
sbryant@usryweeks.com
Attorneys for Defendant, Sheriff Cranford Jordan

/s/ Jennifer McKay
**Jennifer P. McKay**
Colvin, Smith, McKay & Bays
900 Market Street, Ste. 300
Shreveport, LA 71101
P: (318) 429-6770 F: (318) 429-6771
jmckay@colvinfirm.com
Attorneys for Defendants, Jackson Correctional Center, LLC, Lasalle Management Company, LLC, And Princeton Excess and Surplus Lines Insurance Company